IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IOAN JOHN VASILIU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-0618-C |
| | ) | |
| ERIC HOLDER, Attorney General, and | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT, | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

Petitioner, a federal immigration detainee appearing pro se has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. §§ 2254 & 2241. Consistent with the provisions of 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Gary M. Purcell. On June 13, 2011, Judge Purcell issued a Report and Recommendation ("Report and Recommendation") recommending that the Petition for Writ of Habeas Corpus be dismissed without prejudice as to Petitioner's claim challenging his continuing detention under an Order of Removal, and denied as to all of his remaining claims. Petitioner was advised that he was required to file an objection to the Report and Recommendation with the Clerk of the Court by July 5, 2011. That date has now passed with no objection being filed.

Accordingly, the Court adopts in full the Report and Recommendation entered on June 13, 2011. Petitioner's challenge to his continuing detention under an Order of Removal is

dismissed without prejudice, and the remaining claims raised in the habeas petition are denied. A separate judgment will enter.

IT IS SO ORDERED this 25th day of August, 2011.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge